IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| PHILLIP McCAIN, | § | |
| State Jail No. 02198655, | § | |
| TDCJ Nos. 527332, 622721, 1217162, | § | |
| 1254941, | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION H-05-3223 |
| | § | |
| Warden DENNIS MILLER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

For the reasons stated in this Court's Memorandum on Dismissal entered this date, this action is DISMISSED.

SIGNED at Houston, Texas, on this 21st day of September, 2005.

_____

DAVID HITTNER

United States District Judge